```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BOODRAM DUDNAUTH,                                           :
                                                            :
                                                            :   23-CV-1858 (ER) (RWL)
                               Plaintiff,                   :
                                                            :
              - against -                                   :   ORDER
                                                            :
A.B.C. CARPET & HOME, INC., et al,                          :
                                                            :
                               Defendants.                  :
                                                            :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As a follow up to today's settlement conference, the parties shall inform me the earlier of either (1) when the parties believe it would be useful to regroup for another settlement conference, or (2) when the parties complete summary judgment briefing.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 7, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1