UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOODRAM DUDNAUTH, *individually and on behalf of all others similarly situated*,

        Plaintiff,

– *against* –

A.B.C. CARPET & HOME, INC., d/b/a ABC CARPET AND HOME, ABC HOLDCO 1 LLC d/b/a ABC CARPET AND HOME, PAULETTE COLE, DINESH SEWNAUTH, *and* SYLVESTER CYRAN,

        Defendants.

**ORDER**

23-cv-01858 (ER)

RAMOS, D.J.:

     At a case management conference on November 15, 2023, the Court stated that it would issue an order of reference to Magistrate Judge Lehrburger for settlement.  The Court directed the parties to report the results of the settlement conference within forty-eight hours thereof.  The docket reflects that a settlement conference was held on February 7, 2024, but the parties failed to submit a report to the Court.  Accordingly, the parties are directed to submit a joint status letter by July 3, 2024.

It is SO ORDERED.

Dated:   June 26, 2024
        New York, New York

                             EDGARDO RAMOS, U.S.D.J.