

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

**MEMO ENDORSED**

October 23, 2024

To (via ECF):
Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The request is granted. The Court adopts the proposed briefing schedule, as set forth below. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: October 24, 2024
> New York, New York

Re: Dudnauth et al v. A.B.C. Carpet & Home Inc. et al.
Civil Docket No.: 1:23-cv-01858-ER

Dear Judge Ramos:

    Our office represents Plaintiff in the above-referenced matter, and we submit this letter motion to respectfully request a one-week extension of the current deadline for Plaintiff to submit their opposition to Defendants' motion for summary judgment and cross-motion for summary judgment.

    Plaintiff's current deadline is October 24, 2024. Our office has been closed intermittently throughout the month of October in observance of Jewish holidays, and this week our office is closed on October 24 and October 25. In light of this, Plaintiff respectfully requests a one-week adjournment, or by October 31, 2024, to submit his opposition to Defendants' motion for summary judgment and his cross-motion for summary judgment. This is the first request for an extension.

    Counsel for Plaintiff attempted to contact counsel for Defendants via email and via telephone to obtain their consent to this request. However, counsel for Defendants did not return our calls or emails. If the Court grants this request, the new briefing schedule would be as follows: Plaintiff's opposition and cross motion due October 31, 2024, Defendants' reply to Plaintiff's opposition and opposition to Plaintiff's cross motion due November 29, 2024, and Plaintiff's reply to Defendant's opposition due December 6, 2024.

    We thank the Court for its' kind consideration in this matter and remain available to provide any additional information.

Respectfully submitted,

/s/KatelynSchillaci
_____
Katelyn Schillaci, Esq.

CC (via ECF):
*Counsel for Defendants*