

# HELEN F. DALTON & ASSOCIATES, P.C.
### ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

October 6, 2025

Via ECF:
The Honorable District Judge Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: **Dudnauth v. ABC Carpet & Home Inc., et. al.**
    **Civil Docket No.: 23-cv-01858-ER**

Dear Judge Ramos:

    Our office represents Plaintiff, BOODRAM DUDNAUTH, in the above-referenced matter and we submit this letter to respectfully request an additional week to file an opposition to Defendants' motion to dismiss. The reason for this request is that the undersigned needs additional time to finalize Plaintiff's opposition as I was out of office during the last week of September and our office was closed sporadically in the past two weeks in observance of various Jewish holidays.

    In light of this, Plaintiff respectfully requests that his opposition be submitted by October 13, 2025 and that Defendants' reply be submitted on or before October 20, 2025. Counsel for Defendants has consented to this request.

    We thank the Court for its kind consideration in this matter and remain available to provide any additional information.

Respectfully submitted,

/s/KatelynSchillaci
_____
Katelyn Schillaci, Esq.

CC (via ECF):
George Felix Brenlla
Brenlla, LLC
250 Park Avenue 7th Floor
New York, NY 10177
Email: gfbrenlla@brenllalaw.com

The request is granted. The deadline for Dudnauth's opposition is extended to October 13, 2025. The deadline for Defendants' reply is extended to October 20, 2025.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: October 7, 2025
New York, New York